**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIAN J. SMITH                                                                              PLAINTIFF

vs.                                                         CIVIL ACTION NO. 3:05-cv-627 WS

MARK SHEPHERD, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 28th day of June, 2006.**

s/ **HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**